UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————————X

BRIAN SALER,

                    Plaintiff,

          -against-                                          **MEMORANDUM**
                                                             **AND ORDER**
ROSALYN EBRAHIMOFF, individually and                         05-CV-3359 (ARR)
in her official capacity as Referee of the
Family Court of the State of New York,

                    Defendant.

————————————————————————X

ROSS, United States District Judge:

          The court hereby sua sponte vacates its order of July 18, 2005 insofar as it dismissed

plaintiff's complaint for lack of subject matter jurisdiction. That part of the order declining to

grant plaintiff's request for injunctive relief barring the use of the results of his July 14, 2005

drug test in pending family court proceedings remains in effect.

          It appears from the docket sheet that defendant has been served and ordered to answer the

complaint by August 8, 2005. Assuming, without deciding, that service was properly effected,

this deadline is adjourned pending further order of this court. A written opinion will follow.


SO ORDERED.

                                        _____
                                        ALLYNE R. ROSS
                                        United States District Judge


Dated: Brooklyn, New York
       July 20, 2005

1

**Service List**

*Pro Se Plaintiff:*

Brian Saler
1230 Pennsylvania Avenue
Apt. 14g
Brooklyn, NY 11239

*Defendant:*

Rosalyn Ebrahimoff
New York City Family Court, Queens County
151-20 Jamaica Ave.
Jamaica, NY 11432