FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 2 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

BRIAN SALER,
                 Plaintiff,

-against-

ROSALYN EBRAHIMOFF, individually and in her official capacity as Referee of the Family Court of the State of New York,
                 Defendant.

------------------------------------------------------------- X

05-CV-3359 (ARR)(LB)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case, dated April 27, 2006, from the Honorable Lois Bloom, U.S. Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is therefore granted because plaintiff's complaint fails to state a claim upon which relief can be granted. Additionally, plaintiff's motion for a more definite statement and request for judicial notice are denied as moot.

Plaintiff's complaint is therefore dismissed with prejudice. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                        Allyne R. Ross
                                        United States District Judge

Dated: May 16, 2006
       Brooklyn, New York

## SERVICE LIST:

Plaintiff
Brian Saler, pro se
1230 Pennsylvania Avenue
Apt. 14g
Brooklyn, NY 11239

Defendant's Attorneys
Mbiabah L. Ghartey
NY State Office of the Attorney General
120 Broadway, 24th Floor
New York, NY 10271

Monica Anne Connell
Office of the New York State Attorney General
120 Broadway, 24th Floor
New York, NY 10271

cc: Magistrate Judge Lois Bloom